

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
08/23/2016

| | |
|---|---|
| IN RE:<br>Guadadupe G. Villarreal | CASE NO. 11−20596<br>CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*66* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 1,436.33
Owed to: LACKS

Signed and Entered on Docket: 8/23/16.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.