

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
08/23/2016

| | |
|---|---|
| IN RE: | CASE NO. 11−20596 |
| Guadadupe G. Villarreal | CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*66* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 1,436.33
Owed to: LACKS

Signed and Entered on Docket: 8/23/16.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.

United States Bankruptcy Court
Southern District of Texas

In re:  
Guadadupe G. Villarreal  
    Debtor

Case No. 11-20596-mi  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0541-2     User: klov     Page 1 of 1     Date Rcvd: Aug 23, 2016  
                   Form ID: odepfund     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.  
db          +Guadadupe G. Villarreal, III,    922 Gaviota,    Corpus Christi, TX 78406-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:  
           Cindy    Boudloche     ecfmail@ch13cctx.com  
           Joel    Gonzalez     on behalf of Debtor Guadadupe G. Villarreal, III joel@jglegalgroup.com, bknotices@jglegalgroup.com  
           Matt D Manning     on behalf of Creditor    Titlemax mmanning@mcglinchey.com, mdmecf@gmail.com;sdsmith@mcglinchey.com;dwalker@mcglinchey.com;cmastroianni@mcglinchey.com;sholmes@mcglinchey.com;sajohnson@mcglinchey.com  
           US Trustee     USTPRegion07.CC.ECF@USDOJ.GOV  
                                                                                         TOTAL: 4