Case 11-20596   Document 67-1   Filed in TXSB on 08/15/16   Page 1 of 1



UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
10/06/2016

IN RE:

Guadalupe Villarreal, III

                (Debtor),

BANKRUPTCY CASE NUMBER
11-20596-C-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks, in the amount of $1,436.33, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 08/01/2016 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lack's Stores, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,436.33 to Lack's Stores, Inc. at the following address:

                          Lack's Stores, Inc.
                          C/o Dilks & Knopik, LLC
                          35308 SE Center St,
                          Snoqualmie, WA  98065

Dated: _10-× ?-16_                _____
                                                                 UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98