

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
09/08/2016

IN RE:

Israel & Hermalinda Deleon

               (Debtor),

BANKRUPTCY CASE NUMBER
13-20141

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks, in the amount of $255.19, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 03/22/2016 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lack's Stores, Incorporated c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $255.19 to Lack's Stores, Incorporated at the following address:

        Lack's Stores, Incorporated
        C/o Dilks & Knopik, LLC
        35308 SE Center St,
        Snoqualmie, WA  98065

Dated: 9-f-16

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98